June 11, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JONATHAN SALAZAR, Appellant

NO. 14-15-00260-CV                         V.

ALTA VISTA APTS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 16, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.